IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KRISTOPHER JACOB STOKER,<br><br>    Defendant. | No. 3:25-cr-00072-SHL-SBJ<br><br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S GUILTY PLEA** |

On October 9, 2025, an Indictment was filed against Defendant Kristopher Jacob Stoker, charging Defendant with receipt and distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and 2252A(b)(1) (Count 1) and possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and 2252A(b)(2) (Counts 2 and 3). On May 14, 2026, Defendant appeared before Chief United States Magistrate Judge Stephen B. Jackson, Jr., and entered pleas of guilty to Counts 1 and 3 of the Indictment. On this same date, the magistrate judge filed a Report and Recommendation, which recommends that Defendant's guilty pleas be accepted. No objections to the Report and Recommendation were filed. The Court, therefore, undertakes the necessary review of the recommendation to accept Defendant's pleas in this case.

The standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.

28 U.S.C. § 636(b)(1). In this case, no objections have been filed, and it appears to the Court upon review of the Report and Recommendation that there is no ground to reject or modify the Report and Recommendation. Therefore, the Court accepts the Report and Recommendation of

May 14, 2026, and accepts Defendant's pleas of guilty in this case to Counts 1 and 3 of the

Indictment.

**IT IS SO ORDERED.**

Dated this 15th day of June, 2026.

_____

Stephen H. Locher
UNITED STATES DISTRICT JUDGE