## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 3:25-cr-072 |
| v. | ) | |
| | ) | GOVERNMENT'S RESPONSE |
| KRISTOPHER JACOB STOKER, | ) | TO PRESENTENCE |
| | ) | INVESTIGATION REPORT |
| Defendant. | ) | |
| | ) | |
| | ) | |

The government has no objection to the information contained in the

Presentence Investigation Report dated July 10, 2026, ECF No. 64.

Respectfully submitted,

David C. Waterman
United States Attorney

By:    */s/ Melisa K. Zaehringer*
Melisa K. Zaehringer
Assistant United States Attorney
United States Courthouse
131 East Fourth Street, Suite 310
Davenport, Iowa 52801
Tel:   (563) 449-5432
Fax: (563) 449-5433
Email: Melisa.Zaehringer@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2026, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

_____U.S. Mail      _____Fax      _____Hand Delivery    __X__ECF/Electronic filing      _____Other means

UNITED STATES ATTORNEY

By:   */s/ Jennifer Wiese*
Legal Assistant

1